**Order entered July 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00667-CV

### TEJAS MOTEL, L.L.C., Appellant

### V.

### CITY OF MESQUITE, ACTING BY AND THROUGH ITS BOARD OF ADJUSTMENT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16933**

## ORDER

Before the Court is appellant's July 9, 2019 unopposed second motion to extend deadline to file its brief. Because appellant's opening brief was timely filed July 8, 2019, we **DENY** the motion as moot.

/s/     BILL WHITEHILL
        JUSTICE